# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
TOMIKO R YOUNG (JOHNSON)  
1922 GRANDE RUE CIRCLE  
COLUMBUS, OH  43229

Case No:    04-52225

Judge:      C KATHRYN PRESTON

SSN(S):    XXX-XX-7262

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| TOMIKO R YOUNG (JOHNSON)<br>1922 GRANDE RUE CIRCLE<br>COLUMBUS, OH  43229 | 3.93 |